UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JIMMY ADAMS                                              CIVIL ACTION

VERSUS                                                  NO. 20-281

WARREN MONTGOMERY, DISTRICT ATTORNEY                    SECTION "F" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** for seeking monetary relief against a defendant who is immune from such relief, as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1); or pursuant to Heck v. Humphrey, 512 U.S. 477 (1994).

New Orleans, Louisiana, this ___4th___ day of _____March_____, 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE